

## Noble & Noble, P.A.
*Certified Public Accountants*

June 17, 2015

Lori Patton, Trustee
PO Box 520547
Longwood, FL 32752

Re: Bankruptcy Estate of Victor M Viera
    Case No. 6:14-bk-09435-KSJ

### INVOICE

Preparation of Form 1041, U.S. Income Tax Return for Estates and Trusts with attached Form 1040, U.S. Individual Income Tax Returns for the tax year ending December 31, 2014.

Preparation of Form 1041, U.S. Income Tax Return for Estates and Trusts with attached Form 1040, U.S. Individual Income Tax Returns for the short tax year ending May 31, 2015.

(Detailed time report attached)

$ 675.50

Other Expenses:    38 Copies @ .15                                   5.70

            Balance Due                           $ 681.20

"EXHIBIT A"

2572 W. State Road 426  •  Suite 3016  •  Oviedo, Florida 32765  •  407-647-5262  •  Fax 407-647-6452

Time Summary

**IN RE: Victor M Viera**　　　　　　　　　　　CASE NO:　　　　6-14-BK-09435-KSJ

| Date | Staff | Description | | Time |
|---|---|---|---|---|
| 6/16/15 | EN | Preparation of Form 1041, US Income Tax Return for Estates and Trusts for the tax year ending 12/31/14 | | 1.9 |
| 6/16/15 | EN | Preparation of Form 1041, US Income Tax Return for Estates and Trusts for the short tax year ending 5/31/15 | | 1.6 |
| 6/17/15 | SC | Assembly of tax returns and preparation of transmission letters to client and to IRS - Philadelphia, PA and Ogden, Utah | | 0.7 |
| | | Emerson Noble, CPA | 3.5 hrs @ $180.00 | $ 630.00 |
| | | Statia Connett, Paraprofessional | .70 hrs @ $65.00 | 45.50 |
| | | Other Costs | 38 Copies @ $0.15 | 5.70 |
| | | Balance Due | | $ 681.20 |