UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          Case No. 6:14-bk-09435-KSJ
                                                Chapter 7
    Victor M Viera

        Debtor(s).

_____ /

## REPORT OF DEPOSITING FUNDS TO COURT
## UNCLAIMED FUND ACCOUNT

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Corvel Corporation | Administrative | $15,121.35 | $15,121.35 |
| --------- Remitance Total---------- | | $15,121.35 | $15,121.35 |

I, Lori Patton, Trustee, certify that a copy of this notice and the original check(s) have been mailed to the attention of the Financial Manager, Susan Magaditsch, United States Courthouse, 801 N. Florida Avenue, Suite 727, Tampa, Florida 33602.

/s/ Lori Patton
Lori Patton, TRUSTEE
Po Box 520547
Longwood, Fl  32752
(407) 937-0936

390 (8/1/99)